IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRICKLAYERS AND ALLIED** | : | |
| **CRAFTWORKERS LOCAL 1 OF** | : | |
| **PA/DE, et al.,** | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | NO. 14-3248 |
| | : | |
| **PENN VALLEY TILE, INC.,** | : | |
| **and HOWARD GRABEL,** | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 28th day of March, 2016, upon consideration of Plaintiffs' Motion for Summary Judgment (MSJ) (Dkt No. 17), including Plaintiffs' Statement of Undisputed Material Facts (SUMF), it is hereby **ORDERED** that the Court **GRANTS** Plaintiffs' Motion for Summary Judgment.

**JUDGMENT** is hereby **ENTERED** in favor of Bricklayers and Allied Craftworkers Local 1 of PA/DE, Trustees of Bricklayers and Allied Craftworkers Local 1 of PA/DE Health & Welfare Fund, Trustees of Bricklayers and Allied Craftworkers Local 1 of PA/DE Joint Apprentices & Training Fund, Trustees of Bricklayers and Allied Craftworkers Local 1 of PA/DE Annuity Fund, Trustees of Bricklayers and Allied Craftworkers Local 1 of DE Pension Fund, and Trustees of Bricklayer & Trowel Trades International Pension Fund.

**JUDGMENT** is hereby **ENTERED** against Penn Valley Tile, Inc. and Howard Grabel, jointly and severally, in the amount of:

1. $6,154.14 in principal Local Benefit Fund contributions; $3,078.51 in interest on late paid Local Benefit Fund contributions; and $615.41 in liquidated damages on Local Benefit Fund contributions;

2. $6,142.59 in principal contributions for the International Benefit Funds; $3,979.42 in interest; and $1,041.15 in liquidated damages on International Benefit Fund contributions;

1

3. $10,573.87 for hourly contributions reported and paid to the International Funds for the month of August 2012 that Penn Valley failed to report and pay to the BAC-1 Local Funds, interest in the amount of $4,554.52; and liquidated damages in the amount of $1,057.39 on these unpaid contributions;

4. For any other contributions and interest that become due and owing, whether reported and/or unreported, through the date of the Judgment.

**JUDGMENT** is hereby **ENTERED** against Penn Valley Tile, Inc., in the amount of:

1. $4,925.62 to the Local Funds and $801.85 to the International Funds for audit costs;

2. For attorneys' fees, and court costs to be determined at the end of this litigation.

The Clerk's Office is hereby directed to **CLOSE** this matter.

BY THE COURT:


/s/ C. Darnell Jones, II
C. DARNELL JONES, II    J.